2004 OK 76

**Carroll FISHER, Insurance Commissioner, Petitioner,**

v.

**The Honorable SENATE OF the STATE of Oklahoma, Respondent.**

**No. 101,213.**

Supreme Court of Oklahoma.

Sept. 23, 2004.

*ORDER*

¶ 1 The application by Carroll Fisher, Insurance Commissioner, for this court's command that would stay the trial proceedings now set to begin on 27 September 2004 at 1:30 p.m. before the Oklahoma State Senate sitting as a court of impeachment is denied. *Powell v. McCormack,* 395 U.S. 486, 89 S.Ct. 1944, 1956, 23 L.Ed.2d 491 (1969); *Bond v. Floyd,* 385 U.S. 116, 87 S.Ct. 339, 349–350, 17 L.Ed.2d 235 (1966); *State ex rel. Trapp v.*

1. The constitutional provision to be added is des-

*Chambers,* 1923 OK 943, 96 Okl. 78, 220 P. 890; *State of Oklahoma ex rel. Oklahoma Bar Association v. Gasaway,* 1993 OK 133, 863 P.2d 1189.

¶ 2 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23rd DAY OF SEPTEMBER, 2004.

¶ 3 OPALA, V.C.J. and LAVENDER, HARGRAVE, KAUGER, WINCHESTER and EDMONDSON, JJ., concur; WATT, C.J., disqualified.